UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHELLE WAKLEY AND DAVID PACIOREK, individually and as guardians ad litem for the minor child K.P., <br><br> Plaintiffs, <br><br> VS. <br><br> FRONTERA PRODUCE, LTD., a Texas corporation, PRIMUS GROUP, INC d/b/a PRIMUS LABS, a foreign corporation; and JOHN DOES 1-10 <br> Defendants | Case No.  1:12-CV-1430 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs, by counsel, now dismisses the above captioned matter without prejudice. Plaintiffs filed their Second Amended Complaint on March 13, 2013.  [DE 21].  None of the defendants have filed an Answer to the Second Amended Complaint, nor have any defendants filed a motion for summary judgment.  Accordingly, dismissal without prejudice is appropriate under F.R.C.P. 41(a)(1)(A)(i).

Respectfully submitted,

/s/ Jack A. Kramer
Jack A. Kramer, Esq. #18742-64
Westland Kramer & Bennett, P.C.
141 West U.S. Highway 30 – Second Floor
Schererville, Indiana 46375
Phone:  219-440-7550
Fax:  219-440-7551
Email:  jkramer@wkb-law.com
Web:  www.wkb-law.com

AND

MARLER CLARK, L.L.P., P.S.
William D. Marler, WSBA #17233
1301 Second Avenue, Suite 2800
Seattle, WA  98101
Phone: (206) 346-1888
Fax:    (206) 346-1898

CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of July, 2013, a true and accurate copy of the foregoing was served upon counsel for record via the CM/ECF electronic filing system.

/s/ Jack A. Kramer
Jack A. Kramer, 18742-64
Westland Kramer & Bennett P.C.
141 West Lincoln Highway
Second Floor
Schererville, IN 46375
(219)440-7550
Email:  jkramer@wkb-law.com

2